# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| Sandra Sherzai <br> *Plaintiff* <br> v. <br> LG Electronics USA, Inc. <br> *Defendant* | Case No. 2:23-cv-00429 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sandra Sherzai.

Date: 05/15/2023

/s/ Simon Franzini
*Attorney's signature*

Simon Franzini (Cal. Bar No. 287631)
*Printed name and bar number*

201 Santa Monica Blvd., Ste. 600
Santa Monica, CA 90401
*Address*

simon@dovel.com
*E-mail address*

(310) 656-7066
*Telephone number*

(310) 656-7069
*FAX number*