Christin Cho (Cal Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Sherzai, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> LG Electronics USA, Inc. <br><br> *Defendant*. | Case No. 2:23-cv-00429 <br><br> **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** |

Notice of Voluntary Dismissal i

**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**

Plaintiff Sandra Sherzai hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, according to Federal Rule of Civil Procedure 41(a)(1)(i). Each party shall bear its own costs.

Dated: May 18, 2023                                  Respectfully submitted,

By: /s/ *Christin Cho*
Christin Cho (Cal Bar No. 238173)
christin@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*